# EXHIBIT C

**[Proposed] Order Granting Defendants'
Motion to Dismiss Counts I, II, IV and IX of
Relator's First Amended Complaint**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

THE UNITED STATES OF AMERICA
and THE STATE OF MICHIGAN
ex rel. SUSAN K. HENDRICKS, MD

AND

SUSAN K. HENDRICKS, M.D.,

      Plaintiff-Relator,

v.

BRONSON METHODIST HOSPITAL
INC., a Michigan Corporation,

AND

BRONSON HEALTHCARE GROUP,
INC., a Michigan Corporation,

      Defendants.

Case No. 1:13-cv-294

Hon. Robert J. Jonker

**[PROPOSED] ORDER
GRANTING DEFENDANTS'
MOTION TO DISMISS
COUNTS I, II, IV AND IX OF
RELATOR'S FIRST AMENDED
COMPLAINT**

                                       /

---

Julie A. Gafkay (P53680)
Gafkay & Gardner, PLC
Attorneys for Plaintiff/Relator
175 S. Main St.
Frankenmuth, MI  48734
(989) 652-9240
(989) 652-9249 FAX
jgafkay@gafkaylaw.com

Howard A. Newman
Newman Law Offices
Attorneys for Plaintiff/Relator
888 16th Street, NW, Suite 800
Washington, D.C.  20006
(202) 544-8040
(202) 544-8060 FAX
howard@newmanlawoffices.com

Alan G. Gilchrist (P23408)
Timothy P. Burkhard (P73210)
The Health Law Partners, P.C.
Attorneys for Defendants
29566 Northwestern Highway, Suite 200
Southfield, MI 48334
(248) 996-8510
(248) 996-8525 FAX
agilchrist@thehlp.com
tburkhard@thehlp.com

Craig H. Lubben (P33154)
Miller, Johnson, Snell & Cummiskey, P.L.C
Attorneys for Defendants
100 W. Michigan Ave., Suite 200
Kalamazoo, MI  49007
(269) 226-2958
(269) 978-2958 FAX
lubbenc@millerjohnson.com

Jeffrey M. Schroder
MI Dept Attorney General
Attorney for the State of Michigan
P.O. Box 30218
E. Lansing, MI  48909
(517) 241-6511
schroderj1@michigan.gov

Adam B. Townshend
U.S. Attorney
Attorney for the United States of America
330 Ionia Ave., NW
P.O. Box 208
Grand Rapids, MI 49501
(616) 456-2404
(616) 456-2510 FAX
adam.townshend@usdoj.gov

_____/

The Court, after considering Defendants Bronson Methodist Hospital, Inc. and Bronson Healthcare Group, Inc.'s Motion to Dismiss Counts I, II, IV and IX of Relator's First Amended Complaint Complaint, and the supporting documents, hereby Orders:

That Defendants' Motion to Dismiss Counts I, II, IV and IX of Relator's First Amended Complaint is GRANTED and Counts I, II, IV and IX of Relator's First Amended Complaint are hereby dismissed.

SO ORDERED.

DATED: _____, 2014

_____
Hon. Robert J. Jonker

4823-0121-6025, v.  1